**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

## No. 25-6134

ANDREW WELTON,

        Plaintiff - Appellant,

    v.

UNKNOWN; RICHMOND CITY SHERIFF'S OFFICE; VIRGINIA DEPARTMENT OF CORRECTIONS; ARMOR MEDICAL SERVICES,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:24-cv-00489-MHL-MRC)

Submitted:  August 21, 2025                  Decided:  August 26, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Welton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Welton appeals the district court's order dismissing his 42 U.S.C. § 1983 action without prejudice for failure to follow a court order. We have reviewed the record and discern no abuse of discretion. *Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *Welton v. Unknown*, No. 3:24-cv-00489-MHL-MRC (E.D. Va. Jan. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*